Kevin T. Snider, State Bar No. 170988 – Counsel for Service
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.  (916) 857-6900
Fax. (916) 857-6902

Attorneys for Plaintiffs Jesus Christ Prison Ministry, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS CHRIST PRISON MINISTRY, DANIEL LEFFEL, MARVIN SALINAS, and DANIEL MARCHY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS; JEANE S. WOODFORD** in her official capacity as Director of the **California Department of Corrections; DERRAL G. ADAMS, in his official capacity as Warden of California State Substance Abuse Treatment Facility and State Prison in Corcoran; and DOES 1 through 50, inclusive,**<br><br>**Defendants.** | Case No.: 2:05-CV-00440-FCD-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(RULE 16-270)<br><br><br><br><br><br><br><br>DATE:           12/19/05<br>TIME:           10:00 a.m.<br>COURTROOM:   27 (DAD)<br>TRIAL DATE:    none set |

Stipulation and Order re Continuance

-1-

Attorneys for the parties, have jointly prepared, and respectfully submit, the STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE.

Attorneys submitting stipulation:

John W. Riches II
Deputy Attorney General
1300 I St., Suite 125
Sacramento, CA 94244
Tel. (916) 323-5915
Fax (916) 324-5205
Attorney for Defendant, City of Sacramento

Kevin T. Snider
Chief Counsel
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA  95827
Tel. (916) 857-6900
Fax (916) 857-6902
Attorney for Plaintiffs

On September 7, 2005, the Court held a settlement conference in which the parties agreed in principle on a basis for settling the above-encaptioned case.  The Court ordered a further settlement conference for November 9, 2005.  Due to the restructuring changes within the California Department of Corrections, attorneys for Defendants have just received authority to submit proposed changes to the settlement agreement to Plaintiffs' counsel.  As such, the parties respectfully request a continuance of at least thirty (30) days to review and discuss proposed changes.

Date:  November 7, 2005

By: _____/s/_____
    Kevin T. Snider
    Attorney for Plaintiffs

By: _____/s/_____
    John W. Riches II
    Attorney for Defendants

_____

Stipulation and Order re Continuance

1 | **IT IS SO ORDERED.**

2 | The settlement conference hearing is rescheduled for Monday, December 19, 2005, at

3 | 10:00 a.m.

4 |

5 | Dated:   November 7, 2005

6 |

7 | _____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8 |

9 |

10 |

11 |

12 | Ddad1/orders.civil/jesuschrist0440.stipord