IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHRIST PRISON MINISTRY, et al., | No. CIV.S-05-0440 DAD |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

A further settlement conference was held in chambers on December 19, 2005.  Kevin Snider appeared on behalf of plaintiffs and John Riches appeared on behalf of defendants.  After further settlement negotiations, the case did not settle.  As a result, the court hereby sets the following briefing schedule:

    1.  Plaintiffs shall file a motion for summary judgment on or before February 24, 2006;

    2.  Any opposition by defendants shall be filed on or before March 17, 2006;

1

1   3.  Any reply by plaintiffs is due on or before March
2 31, 2006; and
3   4.  The hearing on plaintiffs' motion for summary
4 judgment is hereby **SET** for **April 7, 2006,** at **10:00 a.m.** in
5 Courtroom 27 before the undersigned.
6   IT IS SO ORDERED.
7 DATED: December 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
consent/jesusministry0440.schedord

2