Kevin T. Snider, State Bar No. 170988 – Counsel for Service
Matthew B. McReynolds, State Bar No. 234797
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax. (916) 857-6902

Attorneys for Plaintiffs Jesus Christ Prison Ministry, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS CHRIST PRISON MINISTRY, DANIEL LEFFEL, MARVIN SALINAS, and DANIEL MARCHY,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS; JEANE S. WOODFORD** in her official capacity as Director of the **California Department of Corrections; DERRAL G. ADAMS, in his official capacity as Warden of California State Substance Abuse Treatment Facility and State Prison in Corcoran; and DOES 1 through 50, inclusive,**<br><br>**Defendants.** | Case No.: 2:05-CV-00440-DAD<br><br>**STIPULATION AND ORDER TO CONTINUE TIME TO RESPOND TO DEFENDANTS' CROSS-MOTION AND HEARING ON THE MOTIONS FOR SUMMARY JUDGMENT**<br><br><br><br>DATE:          04/07/06<br>TIME:          10:00 a.m.<br>COURTROOM: 27 (DAD)<br>TRIAL DATE:   none set |

Stipulation and Order re Continuance

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Attorneys for the parties, have jointly prepared, and respectfully submit, the STIPULATION AND ORDER TO CONTINUE TIME TO RESPOND TO DEFENDANTS' CROSS-MOTION AND HEARING ON THE MOTIONS FOR SUMMARY JUDGMENT.

Attorneys submitting stipulation:

John W. Riches II
Deputy Attorney General
1300 I St., Suite 125
Sacramento, CA 94244
Tel. (916) 323-5915
Fax (916) 324-5205
Attorney for Defendant, California Department of Corrections, et al.

Kevin T. Snider
Chief Counsel
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA  95827
Tel. (916) 857-6900
Fax (916) 857-6902
Attorney for Plaintiffs, Jesus Christ Prison Ministry, et al.

### **STIPULATION**

On December 20, 2005, the Court set a briefing schedule as follows:

1. Plaintiffs to file motion for summary judgment on or before February 24, 2006;

2. Defendants to file opposition on or before March 17, 2006;

3. Plaintiffs to file reply on or before March 31, 2006; and,

4. Hearing on plaintiffs' motion set for April 7, 2006.

Plaintiffs filed a motion for summary judgment on February 24, 2006, and Defendants filed a cross-motion for summary judgment and an unenumerated 12(b) motion on March 17, 2006.

Pursuant to Rule 78-230 of the local rules a party opposing a motion must file an opposition fourteen days before the hearing.  Plaintiffs wish to file an opposition to Defendants' cross-motion for summary judgment as well as the unenumerated 12(b) motion.  As per Rule 78-230(c), said opposition to Defendants' motions would be due April 6, 2006, which is the day before the hearing.  Moreover, in filing an opposition to the motions, it is necessary for the Plaintiffs to file declarations in response to Defendants' declarations and exhibits.  The declarations that Plaintiffs seek to file would include statements from two of the plaintiff-inmates.  Although drafts of these declarations have been mailed to these inmates, it is highly unlikely that they will be returned to this office prior to the current March 31, 2006, filing deadline.

Subject to approval of the accompanying Order by the Court, the parties hereby stipulate, through their respective counsel of record, to a two week continuance of the hearing.

1) New hearing date for Plaintiffs' motion for summary judgment
   and Defendants' cross-motion for summary judgment and
   unenumerated 12(b)(6) motion:				April 21, 2006

2) New deadline for filing Plaintiffs' Opposition to
   cross-motions:					April 7, 2006

It is so stipulated.

Date: March 27, 2006

					By: _____/S/_____
					    Kevin T. Snider
					    Attorney for Plaintiffs

					By: _____/S/_____
					    John W. Riches II
					    Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and based upon the stipulation of the parties, the requested continuance of the hearing date and respective dates for filing will be as follows:

1)  New hearing date for Plaintiffs' motion for summary judgment

    and Defendants' cross-motion for summary judgment and

    unenumerated 12(b) motion:          April 21, 2006

2)  New deadline for filing Plaintiffs' Opposition to

    Defendants' cross-motion for summary judgment

    and 12(b) motion:          April 7, 2006

Dated:   March 31, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/jesuschrist0440.stipord

Stipulation and Order re Continuance

-4-

PDF created with pdfFactory trial version www.pdffactory.com