IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CHRIST PRISON MINISTRY, et al., | No. CIV.S-05-0440 DAD |
| Plaintiffs, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This matter came before the court on November 3, 2006, for a status conference. Kevin T. Snider of the Pacific Justice Institute appeared on behalf of plaintiffs. John W. Riches, II, Deputy Attorney General, appeared on behalf of defendants. Having heard from the parties, and as discussed more fully on the record during the hearing, IT IS HEREBY ORDERED that:

    1. Defendants' request for leave to seek reconsideration of the order filed September 28, 2006, is granted;

/////

2. Defendants shall file and serve their motion for reconsideration on or before November 27, 2006;

3. Plaintiffs' opposition is due December 18, 2006;

4. Defendants' reply is due December 29, 2006; and

5. The hearing on defendants' motion for reconsideration is **SET** for **January 5, 2007, at 10:00 a.m.** in Courtroom 27.  At that time the parties shall also be prepared to discuss the further scheduling of this case.

DATED: November 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.consent\jesus0440.oa.status

2