1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-5915
8     Fax: (916) 324-5205
   Attorneys for Defendants California Department of Corrections and Rehabilitation,
9  Woodford, and Adams
   SA2005101560

10

11  Kevin T. Snider, State Bar No. 170988 – Counsel for Service
    Matthew B. McReynolds, State Bar No. 234797
12  PACIFIC JUSTICE INSTITUTE
    P.O. Box 276600
13  Sacramento, CA 95827
    Tel. (916) 857-6900
14  Fax. (916) 857-6902
    Attorneys for Plaintiffs Jesus Christ Prison Ministry, et al.

15

16                       UNITED STATES DISTRICT COURT

17                       EASTERN DISTRICT OF CALIFORNIA

18

| JESUS CHRIST PRISON MINISTRY, et al., | No. 2:05-CV-00440 DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| . | Date:       March 16, 2007<br>Time:       10:00 a.m.<br>Courtroom: 27<br>Before:     Hon. Dale A. Drozd |

27         Attorneys for the parties, have jointly prepared, and respectfully submit this

28  stipulation and proposed order to continue the hearing on Defendants' motion for

---

1

Stipulation and Proposed Order to Continue Hearing Set for January 5, 2007

reconsideration of the court's order on cross-motions for summary judgment which is currently set for January 5, 2007, at 10:00 a.m.

**STIPULATION**

On November 3, 2006, the court granted Defendants' request for leave to seek reconsideration of the order filed September 28, 2006, and pursuant to the briefing schedule the parties have filed and served their respective motion and opposition. Defendants' reply is due December 29, 2006, and the hearing on Defendants' motion for reconsideration is set for January 5, 2007, at 10:00 a.m.

The parties have reached a tentative settlement of this matter and desire a continuance to formalize their agreement. Subject to approval of the accompanying Proposed Order by the court, the parties hereby stipulate, through their respective counsel of record, to a sixty-day continuance of the hearing on Defendants' motion for reconsideration of the court's order on cross-motions for summary judgment.

The parties stipulate that the court shall set a new hearing date on Defendants' motion for reconsideration, no sooner than sixty days from January 5, 2007, and that Defendants' reply, now due December 29, 2006, shall be filed and served no later that seven days prior to the new hearing date.

It is so stipulated.

Dated:  December 28, 2006

By:   */s/ Kevin T. Snider*
_____
Kevin T. Snider
Attorney for Plaintiffs


By:   */s/ John W. Riches II*
_____
John W. Riches II
Attorney for Defendants

Stipulation and Proposed Order to Continue Hearing Set for January 5, 2007

**ORDER**

Good cause appearing, and based upon the stipulation of the parties, the requested sixty day continuance of the hearing on Defendants' motion for reconsideration of the court's order on cross-motions for summary judgment is granted.

Good cause further appearing, and based upon the stipulation of the parties, the hearing date on Defendants' motion for reconsideration is hereby set for March 16, 2007 at 10:00 a.m.  Defendants' reply shall be filed and served no later than March 9, 2007.

Dated: December 28, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/jesus0440.stipord

Stipulation and Proposed Order to Continue Hearing Set for January 5, 2007