1  EDMUND G. BROWN JR., Attorney General
   of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone: (916) 323-5915
8      Fax: (916) 324-5205
   Attorneys for Defendants California Department of Corrections and Rehabilitation,
9  Woodford, and Adams
   SA2005101560
10
   Kevin T. Snider, State Bar No. 170988 – Counsel for Service
11 Matthew B. McReynolds, State Bar No. 234797
   PACIFIC JUSTICE INSTITUTE
12 P.O. Box 276600
   Sacramento, CA 95827
13 Tel. (916) 857-6900
   Fax. (916) 857-6902
14 Attorneys for Plaintiffs Jesus Christ Prison Ministry, et al.

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  JESUS CHRIST PRISON MINISTRY, et al., | No. 2:05-CV-00440 DAD |
| 19 | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| 20                            Plaintiff, | |
| 21        v. | |
| 22  CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| 23                                       . | Date:        March 16, 2007<br>Time:       10:00 a.m.<br>Courtroom: 27<br>Before:     Hon. Dale A. Drozd |
| 24 | |
| 25 | |

26

27         Attorneys for the parties have jointly prepared, and respectfully submit, this

28 stipulation and proposed order to continue the hearing on Defendants' motion for

reconsideration of the Court's order on cross-motions for summary judgment, which is currently set for March 16, 2007, at 10:00 a.m.

**STIPULATION**

On December 29, 2006, the Court granted the parties' joint request for a continuance of the hearing on Defendants' motion for reconsideration set for January 5, 2007. The parties have successfully formalized their tentative settlement agreement in this matter and desire a continuance to circulate the document for signature of all interested parties.

Subject to approval of the accompanying Proposed Order by the Court, the parties hereby stipulate, through their respective counsel of record, to a thirty-day continuance of the hearing on Defendants' motion for reconsideration of the Court's order on cross-motions for summary judgment.

The parties stipulate that the Court shall set a new hearing date on Defendants' motion for reconsideration, no sooner than thirty days from March 16, 2007, and that Defendants' reply, now due March 7, 2007, shall be filed and served no later that seven days prior to the new hearing date.

It is so stipulated.

Dated: March 6, 2007

By:  */s/ Kevin T. Snider*
_____
Kevin T. Snider
Attorney for Plaintiffs


By:  */s/ John W. Riches II*
_____
John W. Riches II
Attorney for Defendants

1 **ORDER**

2 Good cause appearing, and based upon the stipulation of the parties, the
3 requested thirty-day continuance of the hearing on Defendants' motion for reconsideration
4 of the Court's order on cross-motions for summary judgment is granted.

5 Good cause further appearing, and based upon the stipulation of the parties,
6 the Court sets a new hearing date on Defendants' motion for reconsideration, on **April 20,**
7 **2007, at 10:00 a.m.**, and Defendants' reply, now due March 7, 2007, shall be filed and
8 served no later than April 13, 2007.

9 IT IS SO ORDERED.

10 DATED: March 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 Ddad1/orders.consent/jesus0440.stipord(2)